# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 10 MAL 2024

Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
IAN PISARCHUK, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 11 MAL 2024

Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
IAN PISARCHUK, :
:
Petitioner :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 7th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.